**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| Mondis Technology Ltd., | § | |
| | § | Civil Action No. 2:14-cv-702-JRG-RSP |
| Plaintiff, | § | |
| | § | |
| v. | § | JURY TRIAL DEMANDED |
| | § | |
| LG Electronics, Inc. and | § | |
| LG Electronics U.S.A., Inc., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW
MOTION TO STAY**

Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. ("Defendants") moved to request that the Court allow Defendants to withdraw their Motion to Stay Proceedings Pending Reexamination of the Patents-in-Suit (Dkt. 25).

After considering the Motion and the interests of justice, Defendants' Motion is GRANTED and it is hereby ORDERED that Defendants' Motion to Stay Proceedings Pending Reexamination of the Patents-in-Suit on January 28, 2015 (Dkt. 25) is withdrawn from the Court's docket.

**So ORDERED and SIGNED this 2nd day of March, 2015.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE