UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONDIS TECHNOLOGY LTD., | Civil Action No. 15-cv-4431 (SRC)(CLW) |
| Plaintiff, | |
| v. | ORDER |
| LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., | |
| Defendant. | |

**CHESLER**, District Judge

    This matter came before the Court upon the motion filed by Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc.'s ("Defendants") to stay this case pending the outcome of ongoing United States Patent and Trademark Office ("PTO") reexamination proceedings. Plaintiff Mondis Technology Ltd. ("Plaintiff") opposed this motion. The Court has proceeded to rule based on the papers submitted by the parties and without oral argument, pursuant to Federal Rule of Civil Procedure 78; and for the reasons expressed in the Opinion filed herewith,

    **IT IS** on this 12th day of November, 2015,

    **ORDERED** that Defendants' motion to stay this action pending the outcome of ongoing PTO reexamination proceedings [Docket Entry 101] be and hereby is **GRANTED** and this case is hereby **STAYED** pending completion of the PTO patent reexamination process on all asserted patents in this suit; and it is further

**ORDERED** that defense counsel shall provide the Court with status updates regarding the PTO's *ex parte* reexamination of the '088 patent, the '970 patent, the '342 patent, the '180 patent, and the '588 patent every sixty (60) days starting **November 20, 2015**; and it is further

**ORDERED** that defense counsel shall notify the Court within ten (10) days of any disposition of the PTO's *ex parte* reexamination of the '088 patent, the '970 patent, the '342 patent, the '180 patent, or the '588 patent; and it is further

**ORDERED** that the Clerk of the Court shall administratively terminate this case pending completion of the PTO reexamination process.

    s/Stanley R. Chesler
STANLEY R. CHESLER
United States District Judge