

**ONE RIVERFRONT PLAZA**
1037 Raymond Blvd., 6th Floor
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

THEWALSHFIRM.COM

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@thewalshfirm.com

July 21, 2016

**VIA ECF AND REGULAR MAIL**

Hon. Stanley R. Chesler, U.S.D.J.
Martin Luther King Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

> Re:    ***Mondis Technology Ltd. v. LG Electronics Inc., et al.,***
>        **Civil Action No. 15-4431**

Dear Judge Chesler:

This firm, together with Mayer Brown LLP, represents Defendants LG Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively, "LGE") in the above-captioned litigation. Pursuant to Your Honor's clerk's instructions, enclosed please find a copy of the proposed form of Order lifting the stay in this action and summarizing the United States Patent and Trademark Office's recent decisions on the reexamination proceedings regarding the patents at issue in this matter.  If the proposed Order is acceptable, we respectfully request that Your Honor have it entered on the Docket.

We thank the Court for its continued attention to this matter.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

Enclosure
LMW/mh

cc:    All Counsel of Record via ECF and Email