Liza M. Walsh
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., 6th Floor
Newark, New Jersey 07102
(973) 757-1100

*Attorneys for Defendants*
*LG Electronics, Inc. and*
*LG Electronics U.S.A., Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONDIS TECHNOLOGY LTD.,<br><br>Plaintiff,<br><br>v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>Defendant. | Civil Action No.: 15-cv-4431 (SRC)(CLW)<br><br>**[PROPOSED] ORDER LIFTING STAY**<br><br>*Electronically Filed* |

  WHEREAS the Court stayed this matter on November 12, 2015 pending the outcome of ongoing United States Patent and Trademark Office ("PTO") reexamination proceedings (DE Nos. 120 and 121); and

  WHEREAS the parties submitted status updates to this Court on the outcome of the PTO's *ex parte* reexamination proceeding of the '088 patent, the '970 patent, the '342 patent, the '180 patent, and the '588 patent (DE Nos. 124-126, 128, and 130-133); and

  WHEREAS the PTO determined that all asserted claims of the '588, '342, and '970 patents are cancelled, disclaimed, or otherwise of no effect; and

WHEREAS Plaintiff has voluntarily cancelled all asserted claims of the '088 patent, the '970 patent, the '342 patent, and the '588 patent; and

WHEREAS the PTO has confirmed that claims 14-16 of the '180 patent are not invalid over certain prior art, and for good cause shown;

IT IS, on this _____, day of July, 2016,

ORDERED that all claims of '088 patent, the '970 patent, the '342 patent, the '180 patent, and the '588 patent are hereby withdrawn by Plaintiff; and it is further

ORDERED that claims 14-16 of the '180 patent remain at issue in this matter; and it is further

ORDERED that the stay in this matter is hereby VACATED and the Clerk of the Court is hereby directed to reopen the matter.

_____
Hon. Stanley R. Chesler, U.S.D.J.