

Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1  215  994  4000  Main
+1  215  994  2222  Fax
www.dechert.com

**MARTIN J. BLACK**

martin.black@dechert.com
+1 215 994 2664  Direct
+1 655 655 2664  Fax

August 2, 2016

**VIA ECF**

Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re:  *Mondis Technology, Ltd. v. LG Electronics, Inc. et al.*,
      Civil Action No. 2:15-cv-04431-SRC-CLW

Dear Judge Waldor:

This firm represents Plaintiff Mondis Technology Ltd. ("Mondis") in connection with the above-referenced matter, and I write in advance of the teleconference scheduled by the Court for August 4, 2016, at 3:00 p.m., to provide Mondis's position on scheduling.

At the time that the Court stayed the case on September 3, 2005, the parties had already served patent infringement and invalidity contentions.  The parties had also substantially completed document production, and fact discovery was set to close in less than one week (on September 9th) pursuant to the Docket Control Order entered by Judge Gilstrap prior to the case's transfer to this district (ECF # 31).  The parties had already completed claim construction briefing under the Eastern District of Texas's procedures.

The Patent Office has now completed the reexamination process, and asserted claims 14-16 of U.S. Patent No. 7,475,180 ("the '180 patent," attached as Exhibit A) have been confirmed as valid.  Mondis has streamlined the case to just the three confirmed claims of the '180 patent, and the Court has vacated the stay (ECF # 136).

Mondis believes that the Court would benefit from focused *Markman* briefing on the three claims now at issue.  Given the prior briefing and small number of claims at issue, there is no reason for a lengthy *Markman* process.  Because discovery was all but closed before the stay issued, there is no reason for lengthy discovery.  We note that LG committed not to delay the case as a condition of transfer from the Eastern District of Texas.  Accordingly, Mondis proposes the following schedule:



Hon. Cathy L. Waldor, U.S.M.J.
August 2, 2016
Page 2

| Event | Proposed Date |
|---|---|
| **Fact Discovery** | |
| Parties to respond to outstanding written discovery served prior to Court's stay order | August 19, 2016 |
| Parties to supplement infringement and invalidity contentions | August 31, 2016 |
| Parties to supplement outstanding non-infringement and non-invalidity contention interrogatories | September 15, 2016 |
| Close of fact discovery | October 21, 2016 |
| **Claim Construction** | |
| LG to identify any new claim terms for construction and provide proposed constructions for such terms | August 12, 2016 |
| Mondis to provide rebuttal claim constructions | August 19, 2016 |
| Parties to meet and confer on proposed claim constructions | August 26, 2016 |
| Parties to file Joint Claim Construction & Prehearing Statement | September 16, 2016 |
| Opening *Markman* briefs due | September 30, 2016 |
| Responsive *Markman* briefs due | October 14, 2016 |
| Parties to file proposal for claim construction hearing schedule | October 21, 2016 |
| **Expert Discovery** | |
| Opening expert reports due | November 11, 2016 |
| Rebuttal expert reports due | December 9, 2016 |
| Close of expert discovery | December 30, 2016 |
| **Dispositive Motions and Trial** | |
| Dispositive motions due | January 13, 2017 |
| Responses/replies to dispositive motions due | (set by NJ motion dates) |
| Pre-trial Order due | TBD by Court |
| Pre-trial conference | TBD by Court |
| Trial * | TBD by Court |



    \*    The parties will meet-and-confer at a later date after the trial date has been set by the Court in order to discuss additional deadlines related to trial proceedings, including but not limited to:  dates for *in limine* motions, dates for the joint pretrial order, dates for jury instructions, dates for witness and exhibit lists, and dates for deposition designations.

The New Jersey Local Patent Rules permit modification of the standard deadlines "based on the circumstances of any particular case, including, without limitation, the simplicity or complexity of the case as shown by the patents, claims, products, or parties involved." N.J. L. Pat. R. 1.3. Here, there is just one patent in suit, and just three asserted claims. Moreover, the parties have already exchanged contentions and counter-contentions, and the issues have been significantly narrowed since the validity of the asserted claims of the '180 patent has been analyzed in three separate ex parte reexamination proceedings. The parties should be able to address any claim construction issues that may have arisen from the proceedings before the Patent Office in a quick round of supplemental claim construction briefing. Accordingly, Mondis respectfully requests that the Court enter its proposed modified schedule for this case.

Respectfully submitted,

*/s/ Martin J. Black*

Martin J. Black

MJB/te

Attachments

cc:    All Counsel of Record (via ECF)