

Cira Centre
2929 Arch Street
Philadelphia, PA  19104-2808
+1  215  994  4000  Main
+1  215  994  2222  Fax
www.dechert.com

**MARTIN J. BLACK**

martin.black@dechert.com
+1 215 994 2664  Direct
+1 655 655 2664  Fax

August 4, 2016

**VIA ECF**

Hon. Cathy L. Waldor, U.S.M.J.
United States District Court
District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07101

Re: *Mondis Technology Ltd. v. LG Electronics, Inc., et al.*
   Civil Action No. 2:15-cv-04431-SRC-CLW

Dear Judge Waldor:

In its letter of yesterday, LG states that no requests for production of documents were pending at the time of the stay.  ECF # 139 at 1.  In fact, LG served document requests on Mondis on July 28, 2015, and Mondis responded on August 31, 2015.  Moreover, LG failed to explain that the standing Discovery Order of February 6, 2015, in the Texas case required production of all relevant documents, thus mooting the need for RFP's.

We will address our remaining points of disagreement on the call.

Respectfully submitted,

*/s/ Martin J. Black*

Martin J. Black

MJB/te

cc:   All Counsel of Record (via ECF)