Liza M. Walsh
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
Telephone: (973) 757-1100
Facsimile: (973) 757-1090

*Attorneys for Defendants
LG Electronics Inc. and
LG Electronics U.S.A., Inc.*

Michael J. McKeon (*pro hac vice*)
Christian A. Chu (*pro hac vice*)
R. Andrew Schwentker (*pro hac vice*)
Jared Hartzman (*pro hac vice*)
Ryan Teel (*pro hac vice*)
FISH & RICHARDSON P.C.
1000 Maine Ave. SW, Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MONDIS TECHNOLOGY LTD., <br><br> Plaintiff, <br><br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., <br><br> Defendants. | Civil Action No.: 15-cv-4431 (SRC)(CLW) <br><br> **NOTICE OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICATION** <br><br> *Electronically Filed* |

**PLEASE TAKE NOTICE** that on November 19, 2018, or at a date that the Court deems appropriate, counsel for Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively, "LG"), shall move before the Honorable Stanley R. Chesler, U.S.D.J., at the United States District Court, District of New Jersey, Martin Luther King, Jr. Building & U.S. Courthouse, 50 Walnut Street,

Newark, New Jersey, for an Order granting LG's Motion to Dismiss for Lack of Subject Matter Jurisdiction.

**PLEASE TAKE FURTHER NOTICE** that in support of the within Motion to Dismiss for Lack of Subject Matter Jurisdiction, LG will rely upon the submitted Memorandum and Declaration of Liza M. Walsh with Exhibits attached thereto, and any additional submissions made hereafter.  A proposed Order is also submitted.

Dated: October 25, 2018

*s/ Liza M. Walsh*
Liza M. Walsh
Selina M. Ellis
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 600
Newark, NJ 07102
Phone: (973) 757-1100
Fax: (973) 757-1090

*Of Counsel:*

Michael J. McKeon (*pro hac vice*)
Christian A. Chu (*pro hac vice*)
R. Andrew Schwentker (*pro hac vice*)
Jared Hartzman (*pro hac vice*)
Ryan Teel (*pro hac vice*)
FISH & RICHARDSON P.C.
1000 Maine Ave. SW, Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

*Attorneys for Defendants*
*LG Electronics Inc. and*
*LG Electronics U.S.A., Inc.*