| | |
|---|---|
| Liza M. Walsh<br>Selina M. Ellis<br>WALSH PIZZI O'REILLY<br>FALANGA LLP<br>One Riverfront Plaza<br>1037 Raymond Blvd., Suite 600<br>Newark, NJ 07102<br>Telephone: (973) 757-1100<br>Facsimile: (973) 757-1090<br><br>*Attorneys for Defendants*<br>*LG Electronics Inc. and*<br>*LG Electronics U.S.A., Inc.* | *Of Counsel:*<br><br>Michael J. McKeon (*pro hac vice*)<br>Christian A. Chu (*pro hac vice*)<br>R. Andrew Schwentker (*pro hac vice*)<br>Jared M. Hartzman (*pro hac vice*)<br>Ryan M. Teel (*pro hac vice*)<br>FISH & RICHARDSON P.C.<br>1000 Maine Ave. SW, Suite 1000<br>Washington, D.C. 20024<br>Telephone: (202) 783-5070<br>Facsimile: (202) 783-2331 |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MONDIS TECHNOLOGY LTD.,<br><br>     Plaintiff,<br><br>v.<br><br>LG ELECTRONICS INC. and<br>LG ELECTRONICS U.S.A., INC.,<br><br>     Defendants. | Civil Action No. 15-04431(SRC/CLW)<br><br>**NOTICE OF MOTION *IN LIMINE* NO. 2 UNDER *DAUBERT* TO PRECLUDE EVIDENCE OR ARGUMENTS BY MONDIS'S EXPERTS RELATING TO COMMERCIAL SUCCESS, AND ANY DAMAGES-RELATED OPINIONS BASED ON SUCH EVIDENCE OR ARGUMENTS**<br><br>*Electronically Filed* |

**PLEASE TAKE NOTICE** that pursuant to the schedule to be set forth by the Court, the undersigned counsel for Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively, "LG"), shall move *in limine* before the Honorable Stanley R. Chesler, U.S.D.J., at the United States District Court for the

District of New Jersey, Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey, for an Order pursuant to *Daubert* to preclude evidence or arguments by Plaintiff's experts relating to commercial success, and any damages-related opinions based on such evidence or arguments, and disallow Plaintiff from offering any evidence, testimony, or arguments regarding the same.

**PLEASE TAKE FURTHER NOTICE THAT** in support of the within Motion *in limine* No. 2, LG will rely upon its Brief, Declaration of Liza M. Walsh with exhibits attached thereto, and any additional submissions made hereafter. A proposed form of Order is also submitted for the Court's consideration.

Dated: November 28, 2018                    Respectfully submitted,

                                            *s/ Liza M. Walsh*
                                            Liza M. Walsh
                                            Selina M. Ellis
                                            WALSH PIZZI O'REILLY
                                            FALANGA LLP
                                            One Riverfront Plaza
                                            1037 Raymond Blvd., Suite 600
                                            Newark, NJ 07102
                                            Phone: (973) 757-1100
                                            Fax: (973) 757-1090

                                            *Of Counsel:*

                                            Michael J. McKeon (*pro hac vice*)
                                            Christian A. Chu (*pro hac vice*)
                                            R. Andrew Schwentker (*pro hac vice*)
                                            Jared M. Hartzman (*pro hac vice*)
                                            Ryan M. Teel (*pro hac vice*)

FISH & RICHARDSON P.C.
1000 Maine Ave. SW, Suite 1000
Washington, D.C. 20024
Telephone: (202) 783-5070
Facsimile: (202) 783-2331

*Attorneys for Defendants*
*LG Electronics Inc. and*
*LG Electronics U.S.A., Inc.*