

ONE RIVERFRONT PLAZA

1037 Raymond Blvd., Suite 600
Newark, NJ 07102

T: 973.757.1100
F: 973.757.1090

WALSH.LAW

Liza M. Walsh
Direct Dial: (973) 757-1101
lwalsh@walsh.law

March 25, 2019

**VIA ECF AND USPS**

Honorable Stanley R. Chesler, U.S.D.J.
United States District Court, District of New Jersey
Frank R. Lautenberg U.S. Post Office & Courthouse
2 Federal Square
Newark, New Jersey 07101

Re:   *Mondis Technology Ltd. v. LG Electronics Inc., et al.,*
       Civil Action No. 15-4431

Dear Judge Chesler:

This firm, together with Fish & Richardson P.C., represents Defendants LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively, "LG") in the above-captioned litigation. On behalf of LG and Plaintiffs (collectively, "the Parties"), enclosed for Your Honor's consideration is an updated version of the proposed Order, which was originally filed on March 11, 2019 (DE No. 405-1), memorializing Your Honor's rulings on the Parties' Motions *in Limine*. The updated version of the proposed Order filed today includes the Parties' agreement on LG's Motion *in Limine* No. 2. If the proposed form of order is acceptable to Your Honor, the Parties respectfully request that it be executed and entered on the docket.

As always, we thank the Court for its attention to this matter, and remain available should Your Honor or Your Honor's staff require anything further.

Respectfully submitted,

*s/ Liza M. Walsh*

Liza M. Walsh

LMW/mh
cc:   All Counsel of Record via ECF and Email