IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONDIS TECHNOLOGY LTD., HITACHI MAXELL, LTD., n/k/a MAXELL HOLDINGS, LTD., and MAXELL, LTD., <br><br>                    Plaintiffs, <br> v. <br><br> LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC., <br><br>                    Defendants. | Civil Action No.: 2:15-cv-04431 (SRC)(CLW) <br><br> *Electronically Filed* |

## STIPULATION

Mondis Technology Ltd., Hitachi Maxell, Ltd., n/k/a Maxell Holdings, Ltd., and Maxell, Ltd. (collectively, "Plaintiffs") and LG Electronics, Inc. and LG Electronics U.S.A., Inc. (collectively "Defendants" or "LG"), through counsel, stipulate and agree as follows:

In order to simplify the issues to be tried in the damages phase of trial beginning on April 10, 2019:

1. LG will not raise lack of notice under 35 U.S.C. § 287 as a defense to damages; and

2. The parties agree the damages period will be April 2, 2009 to February 3, 2014.

The parties agree that this stipulation is solely for the purpose of establishing the relevant damages period for the damages phase of the trial. This stipulation shall not be read to the jury. Rather, the Court will instruct the jury that the damages period in this case runs from April 2, 2009 to February 3, 2014.

1

Except for the sole purpose of establishing the relevant damages period, this stipulation does not constitute any admission on the issues of notice of infringement, knowledge of infringement, or willfulness.  The parties remain free to admit and use all admissible evidence in litigating whether or not LG willfully infringed the '180 patent.

Dated: April 10, 2019

| | |
|---|---|
| */s/ Liza M. Walsh* <br> Liza M. Walsh <br> Selina M. Ellis <br> WALSH PIZZI O'REILLY FALANGA LLP <br> One Riverfront Plaza <br> 1037 Raymond Blvd., Suite 600 <br> Newark, New Jersey 07102 <br> Telephone: (973) 757-1100 <br><br> *Of Counsel:* <br><br> Michael J. McKeon (*pro hac vice*) <br> Christian A. Chu (*pro hac vice*) <br> R. Andrew Schwentker (*pro hac vice*) <br> FISH & RICHARDSON P.C. <br> 1000 Maine Ave. SW, Suite 1000 <br> Washington, D.C. 20024 <br> Telephone: (202) 783-5070 <br><br> *Attorneys for Defendants* <br> *LG Electronics, Inc. and* <br> *LG Electronics U.S.A., Inc.* | */s/ Martin J. Black* <br> Martin J. Black <br> Brian M. Goldberg <br> Jeffrey S. Edwards (admitted *pro hac vice*) <br> DECHERT LLP <br> Cira Centre <br> 2929 Arch Street <br> Philadelphia, PA 19104 <br> (215) 994-4000 <br><br> Jeffrey B. Plies (admitted *pro hac vice*) <br> DECHERT LLP <br> 300 W. 6th Street <br> Suite 2010 <br> Austin, Texas  78701-2916 <br> (512) 394-3012 <br><br> *Attorneys for Plaintiffs* <br> *Mondis Technology Ltd., Hitachi Maxell, Ltc.,* <br> *n/k/a Maxell Holdings, Ltd., and Maxell, Ltd.* |