# United States Court of Appeals for the Federal Circuit

---

**MONDIS TECHNOLOGY LTD., HITACHI MAXELL, LTD., NKA MAXELL HOLDINGS, LTD., MAXELL, LTD.,**
*Plaintiffs-Appellees*

v.

**LG ELECTRONICS INC., LG ELECTRONICS USA, INC.,**
*Defendants-Appellants*

---

2020-1812

---

Appeal from the United States District Court for the District of New Jersey in No. 2:15-cv-04431-SRC-CLW, Judge Stanley R. Chesler.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

ENTERED BY ORDER OF THE COURT

August 3, 2021    /s/ Peter R. Marksteiner
                  Peter R. Marksteiner
                  Clerk of Court