**Title of Case**
MONDIS TECHNOLOGY LTD
v.
LG ELECTRONICS INC et al

**Docket No:** 15-4431

JURY QUESTION # ___1___

DATE# ___2/7/2023___

TIME# ___3:45 pm___

We reached a verdict.

Foreperson