UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MONDIS TECHNOLOGY LTD., HITACHI MAXELL, LTD., n/k/a MAXELL HOLDINGS, LTD., and MAXELL, LTD.,

*Plaintiffs,*

v.

LG ELECTRONICS INC. and LG ELECTRONICS U.S.A., INC.,

*Defendants.*

C.A. No. 15-04431 (SRC)(CLW)

## VERDICT FORM
## REGARDING REMEDY

Based on the evidence admitted at trial and in accordance with the instructions given by the Court, we, the jury, unanimously agree to the answers to the following question:

1. What sum of money, if paid today, have Plaintiffs proven to be more likely than not to compensate Plaintiffs for LG's infringement?

    Answer in dollars and cents. Do not assess any interest, as the Court will determine interest if it deems necessary.

    Total royalty damages: $14,300,000.00

Signed this 7 day of Feb., 2023.