# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONDIS TECHNOLOGY LTD., HITACHI MAXELL, LTD., n/k/a MAXELL HOLDINGS, LTD., and MAXELL, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | Civil Case No.: 2:15-cv-04431 (SRC)(CLW)<br><br>*Electronically Filed*<br><br>**NOTICE OF APPEAL** |

**PLAINTIFFS MONDIS TECHNOLOGY LTD., HITACHI MAXELL, LTD. N/K/A MAXELL HOLDINGS, LTD., AND MAXELL, LTD.'S NOTICE OF APPEAL**

*Of Counsel*

Jeffrey B. Plies (*pro hac vice*)
jeff.plies@dechert.com
DECHERT LLP
515 Congress Ave., Suite 1400
Austin, TX 78701
Telephone: (512) 394-3000
jeffrey.plies@dechert.com

Martin J. Black
Brian M. Goldberg
Jeffrey S. Edwards (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
martin.black@dechert.com
brian.goldberg@dechert.com
jeffrey.edwards@dechert.com

*Attorneys for Plaintiffs Mondis Technology Ltd., Hitachi Maxell, Ltd., n/k/a Maxell Holding, Ltd., and Maxell, Ltd.*

Notice is hereby given that all Plaintiffs, including Mondis Technology Ltd., Hitachi Maxell, Ltd., n/k/a Maxell Holdings, Ltd., and Maxell, Ltd. (collectively "Mondis"), appeal in the above-named case to the United States Court of Appeals for the Federal Circuit. Mondis appeals any and all decisions, orders, rulings, finding, and/or conclusions adverse to Mondis including, but not limited to:

- D.I. 391, 432, 473: Order granting in-part and denying in-part LG's motions *in limine* nos. 1-6 and granting in-part and denying in-part Mondis's motions *in limine* nos. 1-4;
- D.I. 558: Order vacating the April 12, 2019 jury verdict awarding Mondis $45 million in compensatory damages and denying Mondis's motions for enhanced damages, attorneys' fees, and pre- and post-judgment interest without prejudice as moot;
- D.I. 567: Order denying Mondis's Motion for Reconsideration of the Court's Order, D.I. 558;
- D.I. 607: Opinion and Order granting a new damages trial with restrictions on the evidence that could be presented at that trial;
- D.I. 644: Opinion and Order granting in part LG's motion to strike supplemental expert reports from Mr. Lamm and Mr. Bratic;
- D.I. 657: Order Clarifying Motion to Strike Order (D.I. 644);

- D.I. 659: Order precluding Mondis from adding or changing any opinions within the stricken supplemental expert report of Mr. Bratic;

- D.I. 672: Opinion and Order granting in-part and denying-in part LG's motion to strike the supplemental expert report of Mr. Bratic;

- D.I. 689: Opinion and Order denying Mondis's motion for reconsideration of D.I. 672 and granting LG's motion for reconsideration to strike further portions of the supplemental expert report of Mr. Bratic;

- D.I. 706: Granting LG's motion to exclude the expert report and testimony of Mr. Bratic;

- D.I. 715: The Joint Final Pretrial Order for the damages retrial;

- D.I. 743: Orders provided to counsel during oral argument regarding restrictions on how to proceed before the jury at the damages retrial;

- D.I. 744: Opinion and order granting in-part and denying in-part Mondis's motions *in limine* and granting in-part and denying in-part LG's motions *in limine*;

- D.I. 786: Opinion denying Mondis's motions for enhanced damages and attorneys' fees and denying in-part Mondis's motions for pre- and post-judgment interest;

- D.I. 787: Order denying Mondis's motions for enhanced damages and attorneys' fees and denying in-part Mondis's motions for pre- and post-judgment interest;

- The Court's pretrial evidentiary rulings with respect to all trials;

- The Court's evidentiary rulings during each trial including, but not limited to, D.I. 451, 453, 457, 463, 464, 470, 474, 537-546, 757, 769-771;

- Any final judgment that is entered following the June 1, 2023 Opinion and Order (D.I. 786, 787) regarding the parties post-trial motions.

DATED: June 1, 2023                By: *Brian M. Goldberg*

Martin J. Black
Brian M. Goldberg
Jeffrey S. Edwards (*pro hac vice*)
DECHERT LLP
2929 Arch Street
Philadelphia, PA 19106
Tel.: (215) 994-4000
Fax: (215) 994-2222
martin.black@dechert.com
brian.goldberg@dechert.com
jeffrey.edwards@dechert.com

Jeffrey B. Plies (*pro hac vice*)
DECHERT LLP
515 Congress Ave., Suite 1400
Austin, TX 78701
Tel.: (512) 394-3000
Fax: (512) 394-3001
jeff.plies@dechert.com

3

*Attorneys for Plaintiffs Mondis Technology Ltd., Hitachi Maxell, Ltd., n/k/a Maxell Holding, Ltd., and Maxell, Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, I caused a true and correct copy of PLAINTIFFS' NOTICE OF APPEAL to be served on behalf of Plaintiffs Mondis Technology Ltd., Hitachi Maxell, Ltd., n/k/a Maxell Holdings, Ltd., and Maxell, Ltd. ("Plaintiffs" or "Mondis"), via the Court's CM/ECF system and via email on the following counsel of record:

**Michael J. McKeon**
**Christian A. Chu**
**R. Andrew Schwentker**
**Michael Ballanco**
FISH & RICHARDSON P.C.
The McPherson Building
901 15th Street, N.W. Suite 700
Washington, DC 2005
Tel.: 202-783-5070
Email: mckeon@fr.com
Email: chu@fr.com
Email: schwentker@fr.com
Email: ballanco@fr.com

**Liza M. Walsh**
**Selina M. Ellis**
WALSH PIZZI O'REILLY FALANGA LLP
One Riverfront Plaza
1037 Raymond Blvd., 6th Floor
Newark, NJ 07102
Tel.: 973-757-1100
Fax: 973-7571090
Email:  lwalsh@thewalshfirm.com
Email:  sellis@thewalshfirm.com


                                       */s/ Brian M. Goldberg*

1

Brian M. Goldberg

2