# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MONDIS TECHNOLOGY LTD., HITACHI MAXELL, LTD., n/k/a MAXELL HOLDINGS, LTD., and MAXELL, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>LG ELECTRONICS, INC. and LG ELECTRONICS U.S.A., INC.,<br><br>Defendants. | Civil Case No.: 2:15-cv-04431 (SRC)(CLW)<br><br>**FINAL JUDGMENT** |

Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the juries' verdicts and the entirety of the record available to the Court, the Court hereby **ORDERS** and **ENTERS JUDGMENT** as follows:

1. LG Electronics Inc. and LG Electronics U.S.A., Inc. (collectively, "LG") infringed claims 14 and 15 of the '180 patent.

2. LG's infringement of claims 14 and 15 of the '180 patent was willful.

3. Claims 14 and 15 of the '180 patent have not been found invalid.

4. Plaintiffs are hereby awarded compensatory damages against LG Electronics Inc. and LG Electronics U.S.A., Inc., who shall be jointly and severally liable. Plaintiffs shall accordingly have and recover from LG

Electronics Inc. and LG Electronics U.S.A., Inc. the sum of $14,300,000.

5. Plaintiffs are hereby awarded prejudgment interest on the jury's $14,300,000 verdict from June 21, 2014, until the judgment is satisfied by LG Electronics Inc. and LG Electronics U.S.A., Inc., who shall be jointly and severally liable. Plaintiffs shall accordingly have and recover $1,706,272 in interest for the time period of June 21, 2014, to and including June 7, 2023 with the amount of interest to run from that date through the entry of judgment at the rate of $1,880 per day.

6. Plaintiffs are hereby awarded postjudgment interest on the entire amount of the Court's award, including the jury's damages award and prejudgment interest, in conformity with 28 U.S.C. § 1961(a) from LG Electronics Inc. and LG Electronics U.S.A., Inc., who shall be jointly and severally liable.

The Clerk is directed to **CLOSE** this case.

**So ORDERED and SIGNED this** \_\_16th\_\_ **day of June, 2023.**

                                             s/ Stanley R. Chesler
                                         _____
                                         Hon. Stanley R. Chesler
                                         UNITED STATES DISTRICT JUDGE